UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA

WHITNEY WHITFIELD and,
CELESTE WHITFIELD,
On Behalf of Themselves
And All Others Similarly Situated,

        Plaintiffs,

vs.

RADIAN GUARANTY, INC.,

        Defendant.

_____/

CIVIL ACTION

CASE NO.  04-111

CLASS ACTION

**FILED**

APR 2 4 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER OF DISMISSAL**

    Pursuant to Plaintiff's Motion to Dismiss Pursuant to Rule 41(a)(2), this action is hereby

**DISMISSED** in its entirety, with prejudice, each party bearing their own fees and costs.

    **DONE** and **ORDERED** this _24th_ day of _April_ , 2008.

U.S. DISTRICT JUDGE